

# MANDATE

# Court of Appeals
# First District of Texas

NO. 01-13-00780-CV

SHAMSHER MEDIH CHISTI, Appellant

V.

SANA CHISTI AKA KIRAN WILWERDING, Appellee

Appeal from the 257th District Court of Harris County.  (Tr. Ct. No. 2013-12431).

**TO THE 257ᵀᴴ DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 3rd day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on June 10, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.  Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court.
>
> The Court **orders** that the appellant, Shamsher Medih Chisti, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 3, 2015.

Panel consists of Justices Keyes, Bland, and Massengale.
Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court
in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 3, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

